IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEPHEN D. ROSENBAUM<br><br>Plaintiff<br><br>v.<br><br>IMPERIAL CAPITAL, LLC, et al.<br><br>Defendants | Case No. AMD 01 CV 1967 |

## ORDER

Upon consideration of the Consent Motion for Extension of Time, it is this 30 day of July, 2001,

ORDERED that the time for filing a response to plaintiff's Petition to Vacate Arbitration Award in Part and Confirm in Part and opposition to plaintiff's Motion to Vacate Arbitration Award in Part and Confirm in Part will be extended to Friday, August 10, 2001.

_____
Andre M. Davis
United States District Judge