IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEPHEN D. ROSENBAUM
Plaintiff(s)

vs.

IMPERIAL CAPITAL, LLC, et al.
Defendant(s)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG -9   Case No. 01 CV 1967

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

FEE PAID
FEE NOT PAID

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __James H. West__, am a member in good standing of the bar of this Court. My bar number is __25773__. I am moving the admission of __Jodi S. Cohen__ to appear *pro hac vice* in this case as counsel for __Imperial Capital, LLC and Eloise Rich.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of California | 12/90 |
| United States District Court for the Southern District of California | 12/90 |
| United States District Court for the Central District of California | 12/90 |
| United States District Court for the Northern District of California | 12/90 |
| United States District Court for the Eastern District of California | 12/90 |

2. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or ___Anthony L. Meagher___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

MOVANT  
_____  
Signature  

James H. West  
Printed Name  

Piper Marbury Rudnick & Wolfe LLP  
6225 Smith Avenue  
Address Baltimore, Maryland 21209-3600  

(410) 580-3000  
Telephone Number  

(410) 580-3001  
Fax Number  

PROPOSED ADMITTEE  
_____  
Signature  

Jodi S. Cohen  
Printed Name  

Keesal, Young & Logan  
400 Oceangate, P.O. Box 1730  
Address Long Beach, California 90801-1730  

(562) 436-2000  
Telephone Number  

(562) 436-7416  
Fax Number  

****************************************************************

## ORDER

☑ GRANTED     ☐ DENIED

August 10, 2001  
Date  

_____  
United States District Judge