IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. ROSENBAUM, <br> 817 N. Calvert Street <br> Baltimore, Maryland 21202-3793 <br><br> Plaintiff, <br><br> v. <br><br> IMPERIAL CAPITAL, LLC, et al., <br> 150 South Rodeo Drive, Suite 100 <br> Beverly Hills, California 90212 <br><br> Defendants. | Civil Action No: AMD 01 CV 1967 |

## JOINT STIPULATION TO EXTEND TIME TO ANSWER COUNTER-PETITION, OPPOSE MOTION TO VACATE AND FILE A REPLY

Plaintiff Stephen D. Rosenbaum and defendants, Imperial Capital LLC and Eloise Rich, by their undersigned counsel, hereby stipulate and agree that plaintiff shall have until and including Friday, September 7, 2001 to answer, move, or otherwise respond to defendants' counter-petition and defendants' motion to vacate arbitration award in part and confirm in part, and to file a reply in support of plaintiff's motion to vacate arbitration award in part and confirm in part.

Dated: August 22, 2001

Respectfully submitted,

_____          _____
David P. King (Fed. Bar #4002)     Anthony L. Meagher (Fed. Bar #5710)
Maura L. DeMouy (Fed. Bar #24807)  James H. West (Fed. Bar #25773)
Hogan & Hartson L.L.P.             Piper Marbury Rudnick & Wolfe LLP
111 South Calvert Street           6225 Smith Avenue
Suite 1600                         Baltimore, MD 21209-3600
Baltimore, Maryland 21202          (410) 580-3000
(410) 659-2700

Attorneys for Plaintiff            Robert H. Logan
Stephen D. Rosenbaum               Jodi S. Cohen
                                   Keesal, Young & Logan
                                   400 Oceangate, P.O. Box 1730
                                   Long Beach, California 90801-1730

                                   Attorneys for Defendants
                                   Imperial Capital LLC and
                                   Eloise Rich


IT IS SO ORDERED this ___27th___ day of August, 2001:

                                   _____
                                   The Honorable Andre M. Davis
                                   United States District Court Judge

FILED
LOGGED
ENTERED
RECEIVED
AUG 27 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Joint Stipulation to Extend Time was mailed, postage prepaid this 22nd day of August, 2001 to:

>Anthony L. Meagher (Fed. Bar No. 05710)
>James H. West (Fed. Bar No. 25773)
>Piper Marbury Rudnick & Wolfe LLP
>6225 Smith Avenue
>Baltimore, MD 21209-3600
>
>Attorneys for Defendants

_David P. King_
David P. King