IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| STEPHEN D. ROSENBAUM,<br>817 N. Calvert Street<br>Baltimore, Maryland 21202-3793 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No: AMD 01 CV 1967 |
| IMPERIAL CAPITAL, LLC, et al.,<br>150 South Rodeo Drive, Suite 100<br>Beverly Hills, California 90212 | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

**JOINT STIPULATION TO EXTEND TIME FURTHER TO ANSWER COUNTER-PETITION, OPPOSE MOTION TO VACATE AND FILE A REPLY**

Plaintiff Stephen D. Rosenbaum and defendants, Imperial Capital LLC and Eloise Rich, by their undersigned counsel, hereby stipulate and agree that plaintiff shall have until and including Friday, September 21, 2001 to answer, move, or otherwise respond to defendants' counter-petition and defendants' motion to vacate arbitration award in part and confirm in part, and to file a reply in support of plaintiff's motion to vacate arbitration award in part and confirm in part.

To brief the Court fully on the issues presented in this case and to aid plaintiff in preparing his opposition and defendants in preparing a reply, the parties are in the process of compiling an accurate transcript of the arbitration hearing held on May 4, 2001 on which the arbitration award at issue in this case was based.

issue in this case was based. Plaintiff has encountered difficulty in obtaining copies of the tape recordings of the hearing and needs additional time to obtain and transcribe the recordings.

Dated: September 6, 2001

Respectfully submitted,

_____       _____
David P. King (Fed. Bar # 4002)    Anthony L. Meagher (Fed. Bar # 5710)
Maura L. DeMouy (Fed. Bar # 24807) James H. West (Fed. Bar # 25773)
Hogan & Hartson L.L.P.             Piper Marbury Rudnick & Wolfe LLP
111 South Calvert Street           6225 Smith Avenue
Suite 1600                         Baltimore, MD 21209-3600
Baltimore, Maryland 21202          (410) 580-3000
(410) 659-2700

Attorneys for Plaintiff,           Attorneys for Defendants
Stephen D. Rosenbaum               Imperial Capital LLC and
                                   Eloise Rich


IT IS SO ORDERED this ___7th___ day of September, 2001:

_____
The Honorable Andre M. Davis
United States District Court Judge

- 2 -

\\\RA - 86193/1 - #120290 v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Joint Stipulation to Extend Time was mailed, postage prepaid this 6th day of September, 2001 to:

    Anthony L. Meagher (Fed. Bar No. 05710)
    James H. West (Fed. Bar No. 25773)
    Piper Marbury Rudnick & Wolfe LLP
    6225 Smith Avenue
    Baltimore, MD 21209-3600

    Attorneys for Defendants

                                  _David P. King_
                                  David P. King

\\\BA - 86193/1 - #120290 v1