IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEPHEN D. ROSENBAUM,
    Plaintiff

v.                                    Civil No. AMD 01-1967

IMPERIAL CAPITAL, LLC, and
ELOISE RICH,
    Defendants

...oOo...

## ORDER

For the reasons set forth in the foregoing Memorandum, it is this 29th day of October, 2001, by the United States District Court for the District of Maryland, ORDERED

(1) That the Cross-Motions to Vacate (Paper Nos. 2 and 10) ARE GRANTED IN PART AND DENIED IN PART; and it is further ORDERED

(2) That the ARBITRAL AWARD WHICH IS THE SUBJECT OF THIS CASE IS CONFIRMED; and it is further ORDERED

(3) That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order and the foregoing Memorandum to all counsel.

                                                      ANDRE M. DAVIS
                                                     UNITED STATES DISTRICT JUDGE